**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM & ERICKA ALFORD, | No. C 05-3722 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| UNKNOWN SECURITY GUARDS; et al., | |
| Defendants. | |

Plaintiff William Alford filed this action while he was in custody at Napa State Hospital. On March 9, 2006, the court issued an order that required the second named plaintiff, Ericka Alford, to (a) sign the complaint or be dismissed from the action and (b) to file an in forma pauperis application or pay a filing fee or be dismissed from the action. The order also permitted the filing of an amended complaint no later than April 7, 2006. The order was sent to William Alford at Napa State Hospital, the only address provided to the court. The order was returned undelivered on March 29, 2006. The court has not received notice of a change of address at which the plaintiffs may receive mail.

Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to send a current address within

sixty days of the return of the undelivered mail. More than sixty days have passed since the envelope containing the March 9, 2006 order was returned to the court undelivered.

For the foregoing reasons, this action is dismissed without prejudice for plaintiffs' failure to keep the court informed of their address and comply with Local Rule 3-11(a).

IT IS SO ORDERED.

Dated: June 1, 2006

_____
SUSAN ILLSTON
United States District Judge